834 A.2d 486

**Maurice WESTON, Appellant**

v.

**COMMONWEALTH of Pennsylvania, Pennsylvania Board of Probation Parole, Appellees.**

Supreme Court of Pennsylvania.

July 3, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of July, 2003, probable jurisdiction is noted and the order appealed is affirmed.

834 A.2d 486

**John HOLLAWELL, Appellant**

v.

**William WARD, Secretary, Pennsylvania Board of Probation Parole, Appellee.**

Supreme Court of Pennsylvania.

July 24, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of July, 2003, probable jurisdiction is noted and the order appealed is affirmed.